# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ISIAH LAWSON, | : |
| Plaintiff, | :     Civil Action No. 10-2955(SDW) |
| v. | : |
|  | :     **ORDER** |
| OFFICER BORRERO, et al., | : |
| Defendants. | :     February 7, 2012 |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo filed January 20, 2012, regarding Defendant Borough of Wood-Ridge's application to renew its motion to dismiss the complaint of Plaintiff Isiah Lawson, brought pursuant to 28 U.S.C. § 1983.  No objections to the R&R have been filed.

The Court has reviewed the R&R and the briefs and documents on file in this matter. Based on the foregoing, and for good cause shown,

IT IS, on this 7th day of February, 2012,

**ORDERED** that the R&R of Magistrate Judge Arleo as set forth on the record on January 20, 2012, is **ADOPTED** by this Court; and it is further

**ORDERED** that Defendant's motion to dismiss is **GRANTED.**

**SO ORDERED.**

                          s/Susan D. Wigenton, U.S.D.J.

cc:     Clerk
         Magistrate Judge Madeline C. Arleo